IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CATHERINE GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO: 09-0562 |
| ) | |
| VERIZON WIRELESS SERVICES, LLC ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, CATHERINE GIBSON, by and through the undersigned attorney and reports to this Honorable Court that a settlement has been reached in the above case and further shows to the Court as follows:

1. A settlement agreement was reached on January 26, 2010.

2. The parties are preparing the necessary documents to file with the Court.

Respectfully submitted this 26th day of January, 2010.

_____
JAMES D. PATTERSON (PATJ6485)
Attorney for Plaintiff

OF COUNSEL:
LAW OFFICE OF EARL P. UNDERWOOD, JR.
21 South Section Street
Fairhope AL 36532
(251)-990-5558